Opinion delivered April 13, 1889.

No. 6287.

## Frederick Juniper v. The State.

Complaint—Information—Variance.—The complaint impleads *John* Juniper, and the information *Frederick* Juniper. *Held*, that the variance is fatal to the information.

Appeal from the County Court of Dallas. Tried below before the Hon. E. G. Bower.

The appellant was convicted for maintaining a nuisance in violation of the public health laws; his penalty was assessed at a fine of one hundred dollars.

*Evans & Gooch*, for appellant.

*W. L. Davidson*, Assistant Attorney General, for the State.

WILLSON, JUDGE.   There is no complaint in the record to support the information.   The information charges *Frederick* Juniper.   There is a complaint in the record charging *John* Juniper, but none charging *Frederick* Juniper, with the offense charged in the information.   This variance between the complaint and the information is fatal and requires the conviction to be set aside.   (McDevro v. The State, 23 Tex. Ct. App., 429.) This defect is confessed by the Assistant Attorney General.

The judgment is reversed and the cause is remanded for such further proceedings as the State may see proper to pursue.

*Reversed and remanded.*